UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

5 BOROUGH PAWN, LLC., RUBEN D. CABRERA,
REBECCA CABRERA and BRIAN CABRERA,

                                    Plaintiffs,

               - against -

CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, COMMISSION OF POLICE
RAYMOND KELLY and SARGENT RON MARTI,

                                    Defendants.

----------------------------------------------------------------------x

**NOTICE OF
APPEARANCE**

08 CIV 3837 (CM)

**TO THE CLERK OF THE COURT:**

            **PLEASE TAKE NOTICE** that MICHAEL A. CARDOZO, Corporation Counsel

of the City of New York, hereby appears as attorney of record herein on behalf of all of the

defendants.  Defendants respectfully request that the undersigned attorney receive notice of all

docket events via the Electronic Case Filing system.

Dated:        New York, New York
              May 15, 2008

                                 MICHAEL A. CARDOZO
                                 Corporation Counsel of the City of New York

                               By:     _____

                                        LOUISE MOED (LM 7442)
                                        Assistant Corporation Counsel
                                        100 Church Street (Admin. Law Div.)
                                        New York, NY  10007
                                        (212) 788-0768 phone
                                        (212) 791-9714 fax
                                        LMOED@LAW.NYC.GOV