UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

5 BOROUGH PAWN, LLC., RUBEN D. CABRERA,
REBECCA CABRERA and BRIAN CABRERA,

                                    Plaintiffs,

- against -

CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, COMMISSIONER OF POLICE
RAYMOND KELLY and SARGENT RON MARTI,

                                     Defendants.

**AMENDED NOTICE OF APPEARANCE**

08 CIV 3837 (CM)

----------------------------------------------------------------------------x

**TO THE CLERK OF THE COURT:**

          **PLEASE TAKE NOTICE** that MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, hereby appears as attorney of record herein on behalf of defendants CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, and COMMISSIONER OF POLICE RAYMOND KELLY. Defendants respectfully request that the undersigned attorney receive notice of all docket events via the Electronic Case Filing system.

Dated:     New York, New York
              May 21, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the City of New York

                    By: _____
                              LOUISE MOED (LM 7442)
                              Assistant Corporation Counsel
                              100 Church Street (Admin. Law Div.)
                              New York, NY  10007
                              (212) 788-0768 phone
                              (212) 791-9714 fax
                              LMOED@LAW.NYC.GOV