UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

5 BOROUGH PAWN, LLC., RUBEN D. CABRERA,
REBECCA CABRERA and BRIAN CABRERA,

**NOTICE OF APPEARANCE**

Plaintiff,    08 Civ 3837 (CM)

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, COMMISSIONER OF POLICE
RAYMOND KELLY and SARGENT RON MARTI ,

Defendants.

---------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants City of New York, New York City Police Department and Commissioner of Police Raymond Kelly and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:    New York, New York
          May 21, 2008

> MICHAEL A. CARDOZO
> Corporation Counsel of the
>   City of New York
> *Attorney for Defendants City of New York, New York City Police Department and Commissioner of Police Raymond Kelly*
> 100 Church Street
> New York, New York 10007
> (212) 788-0786
>
> By:    _____/s/_____
>        Michael K. Gertzer

TO:    Paul Solda, Esq. (by ECF)