UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

| | |
|---|---|
| 5 BOROUGH PAWN, LLC., RUBEN D. CABRERA, REBECCA CABRERA and BRIAN CABRERA | **NOTICE OF MOTION** |
| Plaintiff, | 08 Civ 3837 (CMM) |
| -against- | |
| THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, COMMISSIONER OF POLICE RAYMOND KELLY and SERGEANT RON MARTI | |
| Defendants. | |

------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that upon all prior pleadings and proceedings had herein, defendants City of New York, NYC Police Department, Police Commissioner Raymond Kelly and Sergeant Ron Marti will move this Court, before the Honorable Colleen M. McMahon, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on a date directed by the Court, for a order pursuant to Federal Rule of Civil Procedure 56 granting summary judgment on behalf of defendants Raymond Kelly and Sgt. Marti on the basis of the doctrine of qualified immunity.

- 2 -

**PLEASE TAKE FURTHER NOTICE**, that, defendants are to serve their supporting motion papers, including a memorandum of law, by July 30, 2008, and plaintiffs shall serve their opposition papers, if any, pursuant to the rules of this Court.

Dated: New York, New York
      June 30, 2008

                              MICHAEL CARDOZO
                              Corporation Counsel of the
                                City of New York
                              Attorney for Defendants
                              100 Church Street, Room 3-190
                              New York, New York  10007
                              (212) 788-0786

By: _____
               Michael K. Gertzer
               Assistant Corporation Counsel

To:

Paul Solda, Esq.
350 Fifth Avenue, Suite 4400
New York NY 10118

(by ECF)